AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Fernando Lebron

## WARRANT FOR ARREST

Case CR 97-40051-NMG

1:08-MJ-34A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Fernando Lebron
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment ☐ Information ☐ Complain Order of court X Violation ☐ Probation Violation Petition

charging him or her (brief description of offense)

Violation of conditions of SUPERVISED RELEASE.

RECEIVED
U.S. MARSHAL SVC
SEP 4 2 10 PM '03
WORCESTER MASS.

in violation of 18 United States Code, Section(s) 3583

Martin Castles
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

September 4, 2003 at Worcester, MA
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**United States District Court**
**for the District of Massachusetts**
**Petition for Warrant or Summons for Offender Under Supervision**

U.S. DISTRICT COURT
AUG 1 8 2003
RECEIVED

**Name of Offender:** Fernando Lebron **Case Number:** 4:97CR40051-001

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Court Judge

**Date of Original Sentence:** June 6, 1995

**Original Offense:** False Statements on Passport Application

**Original Sentence:** Time Served to be followed by 3 years Supervised Release with the following special conditions: 1) The defendant is prohibited from possessing a firearm or other dangerous weapon; 2) The defendant is to pay the balance of the fine according to a court ordered repayment schedule; 3) The defendant is to provide the U.S. Probation Officer access to any requested financial information; 4)The defendant shall report to the Immigration and Naturalization Service within 30 days of sentencing and follow all INS directives; 5) If ordered deported, the defendant is to leave the United States and is not to return without prior permission of the United States Attorney General; 6) The defendant is to report to all jurisdictions where he has cases pending, including at least the Providence (RI) Superior Court, the Kings County (NY) Supreme Court, and the Fitchburg District Court. He is to identify himself by the name in which he is known in the jurisdiction and to reveal his true identity; 7) The defendant is to use his true identity in all instances; 8) The defendant, if he is married, shall provide the name and location of his wife, and a copy of the marriage certificate. If there is a pending INS application for residency due to a marriage to a United States citizen, the defendant must provide a copy of such document to the Probation Department; $50.00 Special Assessment; $1,000 Fine.

On July 2, 1998 at the request of the U.S. Probation Office and with the consent of Mr. Lebron, Your Honor signed the following modification to Mr. Lebron's conditions of supervised release:

> You shall participate as instructed by your U.S. Probation Officer in a program approved by the U.S. Probation Department for treatment of narcotic addiction, drug dependency, drug use, which may include testing to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

On July 9, 1998 on the Motion of Defense Counsel, Miriam Conrad, Your Honor signed the following modifications to Mr. Lebron's conditions of supervised release:

> The requirement that the defendant obtain the permission of his probation officer before contacting Michelle Gilbert is revoked, and
>
> The requirement that the defendant notify any agency a) from which he previously obtained identification in a false name or b) to which he provided a false name is revoked and the following substitute condition was imposed:
>
>> that the defendant is to use his true identity in all instances.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** June 29, 1998

**Asst. U.S. Attorney:** Donald Cabell **Defense Attorney:** Miriam Conrad

**Violation:**

On October 14, 1998, a warrant was issued for the following conditions of Supervised Release:

1. Failure to submit a monthly supervision report for months of 8/98 & 9/98;
2. Failure to report to Probation Office as directed per random urinalysis program;
3. Failure to notify the Probation Office ten days prior to any change of residence;
4. Failure to keep scheduled intake appointment at Community Health & Prevention.

On June 3, 2002 Your Honor revoked the defendant's supervised release and the defendant was committed to the custody of the Attorney General for 6 months to be followed by a period of 30 months supervised release with the following special conditions: 1) The defendant is prohibited from possessing a firearm or other dangerous weapon; 2) If ordered deported, the defendant is to leave the United States and is not to return without prior permission of the United States Attorney General; 3) The defendant is not to consume any alcoholic beverages; 4) The defendant shall submit to one drug test within 15 days or release from imprisonment and at least two periodic drug tests thereafter, as directed by the Probation Office; 5) The defendant shall use his true identity; 6) The defendant is to participate in a program for substance abuse, on an inpatient or outpatient level, as directed by the United States Probation Office, which program may include testing to determine whether the defendant has reverted to the use of alcohol or drugs; $50.00 Special Assessment; $1,000 Fine.

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u> <u>Nature of Noncompliance</u>

1. **The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons**

According to release papers from the Federal Bureau of Prisons, Mr. Fernando Lebron was released from FCI Fort Dix, New Jersey on November 12, 2002 to a New York state detainer stemming from a December 20, 1996 charge of Criminal Sale of a Controlled Substance. This officer requested collateral assistance from the U.S. Probation Office in the District of New York in determining Mr. Lebron's status with the New York State court system. The Kings County Supreme Court Clerk's office indicated that Mr. Lebron's sentencing on this matter is scheduled for October 20, 2003. Although this officer has been unsuccessful in obtaining Mr. Lebron's release date from detaining authorities, it is clear that Mr. Lebron was

released pending sentencing as evidenced by the new arrest noted below. Upon release from this detainer, Mr. Lebron failed to report or contact the U.S. Probation Office and, at this time, his whereabouts are unknown.

2. **Violation of Law**

On March 9, 2003, Mr. Lebron was arrested in New York on new charges of Criminal Possession of a Controlled Substance as verified through an FBI record check and the U.S. Probation Office in the District of New York. These charges are still pending against Mr. Lebron and his next court date is scheduled for September 24, 2003 in Manhattan Supreme Court for possible sentencing or to set a trial date.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

Alicia Howarth
Supervising U.S. Probation Officer

Respectfully submitted,

By
Erin Angelopolus
U.S. Probation Officer Assistant
Date: August 15, 2003

**THE COURT ORDERS**
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

WM Gorton, USDJ
Signature of Judicial Officer

9/3/03
Date