UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1-08-M-34A |
| | : | |
| FERNANDO LEBRON | : | |

**ORDER**

This matter was heard on March 11, 2008 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, FERNANDO LEBRON, should be removed to the District of Massachusetts to answer a supervised release violation petition filed against him in that District (CR No. 97-40051-NMG). The Defendant, being advised of his rights by the Court and represented by counsel, Mary S. McElroy, Esquire, having consented to removal, waived his right to an identity hearing and preserving all other defenses, it is hereby:

ORDERED, ADJUDGED AND DECREED

The Defendant is ordered removed in the custody of all United States Marshals Service to the judicial district of the District of Massachusetts for a prompt appearance before U.S. District Judge Nathaniel M. Gorton.

PER ORDER,

Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 11, 2008